```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 45344
  ANNIE FRANKLIN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-8846


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/09/04 and confirmed on 03/14/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  16326.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
HOMEQ SERVICING CORP      SECURED              .00           .00           .00
HOMEQ SERVICING CORP      MORTGAGE ARRE      82.28           .00         82.28
WELLS FARGO HOME MTGE     CURRENT MORTG        .00           .00           .00
WELLS FARGO HOME MTGE     MORTGAGE ARRE    1000.00           .00       1000.00
BLACK EXPRESSIONS         UNSECURED        NOT FILED         .00           .00
CAPITAL ONE FINANCIAL     UNSECURED        NOT FILED         .00           .00
CAPITAL ONE FINANCIAL     UNSECURED        NOT FILED         .00           .00
CITIFINANCIAL             UNSECURED        5927.38        351.33       5927.38
WORLD FINANCIAL NETWORK   UNSECURED         165.51         10.38        165.51
MONTRONICS INTL INC       UNSECURED        NOT FILED         .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED         323.12         19.57        323.12
ASSET ACCEPTANCE CORP     UNSECURED         133.40          8.44        133.40
RESURGENT CAPITAL SERVIC  UNSECURED        4634.52        273.35       4634.52
ZALUTSKY & PINSKI         REIMBURSEMENT      40.00           .00         40.00
         Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1082.28      40.00    11183.93        .00    12306.21
PRINCIPAL PAID      1082.28      40.00    11183.93        .00    12306.21
INTEREST PAID          .00         .00      663.07        .00      663.07
TOTAL PAID          1082.28      40.00    11847.00        .00    12969.28
The Debtor's attorney, ZALUTSKY & PINSKI             , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     650.42 .

Refunds to the Debtor totaled $      6.30 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 06/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE